| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Hector Rivera | Telephone: (313) 771-6645 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Roy Javier ACOSTA-FLORES | Case No. | Case: 2:25−mj−30354<br>Assigned To : Unassigned<br>Assign. Date : 6/2/2025<br>Description: CMP USA V.<br>ACOSTA−FLORES (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 30, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 30, 2025, in the Eastern District of Michigan, Southern Division, Roy Javier ACOSTA-FLORES, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about December 6, 2006, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Hector Rivera, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: **June 2, 2025**

*Judge's signature*

City and state: **Detroit, MI**    Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Roy Javier ACOSTA-FLORES, an alien who has previously been removed from the United States on or about December 06, 2006, at or near San Antonio, Texas, and was thereafter found in the United States on or about May 30, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to ACOSTA-FLORES. I have not included every fact known to law enforcement related to this investigation.

4. ACOSTA-FLORES is a thirty-nine-old citizen and a native of Honduras who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On or about November 04, 2006, United States Border Patrol (USBP) Agents encountered ACOSTA-FLORES at or near Carrizo Springs, Texas and served him with an I-860- Notice and Order of Expedited Removal.

6. On or about November 20, 2006, the United States District Court Western District of Texas, Del Rio, Texas Division convicted ACOSTA-FLORES of a

1

violation of 8 U.S.C. §1325, Illegal Entry into the United States and sentenced him to time served.

7. On December 06, 2006, Immigration and Customs Enforcement (ICE) removed ACOSTA-FLORES to Honduras via San Antonio, Texas port of entry.

8. On May 30, 2025, the ICE/HSI Task Force Team traveled to the area of Cecil St. and W. Edsel Ford Service Drive in Detroit, MI in search of ACOSTA-FLORES, a targeted individual with an approved Field Operations Worksheet. At approximately 08:00 a.m., a male subject matching the physical description of ACOSTA-FLORES departed the residence in a white-colored Chevrolet Cargo-van. Officers initiated a vehicle stop at or near I-94 and W. Edsel Ford Service Drive in Detroit, MI to identify the male based on the reasonable suspicion that this individual matched the description of ACOSTA-FLORES who was seen exiting the residence. Officers identified themselves, contacted the occupants and requested identification.

9. ACOSTA-FLORES stated his name to be Roy Javier ACOSTA-FLORES, and stated he is a citizen and national of Honduras. Officers placed ACOSTA-FLORES under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

10. Deportation Officers transported ACOSTA-FLORES to the Detroit Field Office for processing. The arrest and subsequent detention of ACOSTA-FLORES was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. ACOSTA-FLORES' fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Roy Javier ACOSTA-FLORES, a native and citizen of Honduras who had previously been removed from the United States.

12. A review of ACOSTA-FLORES' immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that

ACOSTA-FLORES did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on December 06, 2006.

13. On May 30, 2025, ICE-ERO served ACOSTA-FLORES with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

14. Based on the above information, I believe there is probable cause to conclude that Roy Javier ACOSTA-FLORES is an alien who has previously been removed from the United States on or about December 06, 2006, at or near San Antonio, Texas and was thereafter found in the United States on or about May 30, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

_____
Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

June 2, 2025

3