# U.S. DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-DETROIT

**UNITED STATES OF AMERICA,**

       Plaintiff,                   **Case No. 2:25-mj-30354**
                                                Hon.

vs.

**ROY JAVIER ACOSTA-FLORES,**

       Defendant.

_____

| **UNITED STATES ATTORNEY** | **BABI LAW FIRM, PLLC** |
|---|---|
| Susan Fairchild | Carly Babi (P82752) |
| Assistant United States Attorney | Attorney for the Defendant |
| 211 W. Fort Street, Suite 2001 | 32121 Woodward Ave., PH |
| Detroit, MI | Royal Oak, MI 48073 |
| Office: (313) 226-9577 | (P): 888-778-2224 |
| Susan.Fairchild@usdoj.gov | (F): 888-778-7122 |
|  | carly@thebossattorney.com |

_____

## APPEARANCE

    Please enter the Appearance of Carly Babi as appointed counsel on behalf of the Defendant, ROY JAVIER ACOSTA-FLORES in the above-entitled matter.

                                                           Respectfully Submitted,

DATED: 06/05/2025

                                                           **Babi Law Firm, PLLC**

                                                           */s/ Carly Babi*
                                                           By: **Carly Babi (P82752)**
                                                           Attorneys for Defendant
                                                           32121 Woodward Ave., PH 10
                                                           Royal Oak, MI 48073
                                                           (P): 888-778-2224
                                                           (F): 888-778-7122